UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIE RAUL SANCHEZ,

    Plaintiff,

v.                                                  Case No. 6:20-cv-285-Orl-37LRH

ORLANDO POLICE DEPARTMENT;
and ORANGE COUNTY PUBLIC
LIBRARY,

    Defendants.
_____

## ORDER

Plaintiff, proceeding *pro se*, sued Defendants under 42 U.S.C. § 1983 for violations of his First and Fourteenth Amendment rights under the U.S. Constitution. (Doc. 1 ("**Complaint**").) With the Complaint, Plaintiff moved to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends denying the IFP Motion, dismissing the Complaint for failure to adequately state a claim, and permitting Plaintiff to file an amended complaint and renewed motion to proceed *in forma pauperis*. (Doc. 3 ("**R&R**").)

Plaintiff did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the

Court concludes that the R&R is due to be adopted in its entirety.[1]

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 3) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

3. Plaintiff's Complaint for Violation of Civil Rights (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. On or before Monday, **March 23, 2020**, Plaintiff may file an amended complaint correcting the deficiencies identified in the R&R (Doc. 3) and a renewed motion to proceed *in forma pauperis*. Failure to timely file may result in closure of this action without further notice

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 10, 2020.



ROY B. DALTON JR.
United States District Judge

---

[1] The R&R advises Plaintiff on what he must allege in his amended complaint and directs Plaintiff to the Court's website for information and resources for parties proceeding without a lawyer. (Doc. 3, p. 5.) Plaintiff is further advised that he should also take advantage of the in-person legal information program, which is provided free of charge and administered every Tuesday from 11:00 a.m. to 12:30 p.m. at the George C. Young U.S. Courthouse, 401 W. Central Blvd., Orlando, Florida 32801. Contact information is on the Court's website.

Copies to:
*Pro Se* Party